*E-Filed 12/6/10*

(Counsel for the parties listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAM BADALYAN, as an individual and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>SODEXO, INC., a corporation; SODEXO LAUNDRY SERVICES, INC., a corporation; SODEXO AMERICA, LLC, a limited liability company; SODEXO VENDING SERVICES, LLC, a limited liability company, and DOES 1 through 50, inclusive,<br><br>                Defendants. | No. 3:10-cv-03558-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Fed. R. Civ. P. 26(f)<br>N.D. Cal. Civ. L.R. 16-9<br><br>Date:      December 9, 2010<br>Time:     10:00 a.m.<br>Courtroom: 3<br>Judge:    Hon. Richard Seeborg |

1  LARRY W. LEE (Cal. State Bar No. 228175)
   DANIEL H. CHANG (Cal. State Bar No. 183803)
2  DIVERSITY LAW GROUP, A Professional Corporation
   444 S. Flower Street
3  Citigroup Center, Suite 1370
   Los Angeles, California  90071
4  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
5  E-mail:  lwlee@diversitylaw.com
   E-mail:  dchang@diversitylaw.com
6
   SHERRY JUNG (Cal. State Bar No. 234406)
7  LAW OFFICES OF SHERRY JUNG
   444 S. Flower Street
8  Citigroup Center, Suite 1370
   Los Angeles, California  90071
9  Telephone:  (213) 488-6555
   Facsimile:  (213) 488-6554
10 E-mail:  sherryj23@hotmail.com

11 Attorneys for Plaintiff Abram Badalyan

12 JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JENNIFER L. ROTH (Cal. State Bar No. 260616)
13 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
14 San Francisco, California  94105-3441
   Telephone:  (415) 856-7000
15 Facsimile:  (415) 856-7100
   E-mail:  jeffwohl@paulhastings.com
16 E-mail:  jenniferroth@paulhastings.com

17 Attorneys for Defendants
   Sodexo, Inc., Sodexo Laundry Services, Inc.,
18 Sodexo America, LLC, and Sodexo Vending Services, LLC

19

20

21

22

23

24

25

26

27

28

**ORDER**

The parties having so stipulated, and good cause appearing therefor,

IT IS ORDERED that the Case Management Conference currently scheduled for December 9, 2010, be and hereby is continued to January 20, 2011, at 10:00 a.m.

Dated: December  6 , 2010.

_____
Richard Seeborg
United States District Judge