*E-Filed 1/14/11*

1    (Counsel for the parties listed on next page)

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   ABRAM BADALYAN, as an individual          No. 3:10-cv-03558-RS
     and on behalf of all others similarly
11   situated,                                 **CLASS ACTION**

12              Plaintiff,                      **[PROPOSED] ORDER GRANTING JOINT
                                                STIPULATION TO CONTINUE CASE
13        vs.                                   MANAGEMENT CONFERENCE**

14   SODEXO, INC., a corporation; SODEXO       Fed. R. Civ. P. 26(f)
     LAUNDRY SERVICES, INC., a                 N.D. Cal. Civ. L.R. 16-9
15   corporation; SODEXO AMERICA, LLC, a
     limited liability company; SODEXO        Date:      January 20, 2011
16   VENDING SERVICES, LLC, a limited         Time:      10:00 a.m.
     liability company, and DOES 1 through 50, Courtroom: 3
17   inclusive,                                Judge:     Hon. Richard Seeborg

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1    LARRY W. LEE (Cal. State Bar No. 228175)
     DANIEL H. CHANG (Cal. State Bar No. 183803)
2    DIVERSITY LAW GROUP, A Professional Corporation
     444 S. Flower Street
3    Citigroup Center, Suite 1370
     Los Angeles, California  90071
4    Telephone:  (213) 488-6555
     Facsimile:  (213) 488-6554
5    E-mail:  lwlee@diversitylaw.com
     E-mail:  dchang@diversitylaw.com
6
     SHERRY JUNG (Cal. State Bar No. 234406)
7    LAW OFFICES OF SHERRY JUNG
     444 S. Flower Street
8    Citigroup Center, Suite 1370
     Los Angeles, California  90071
9    Telephone:  (213) 488-6555
     Facsimile:  (213) 488-6554
10   E-mail:  sherryj23@hotmail.com

11   Attorneys for Plaintiff Abram Badalyan

12   JEFFREY D. WOHL (Cal. State Bar No. 096838)
     JENNIFER L. ROTH (Cal. State Bar No. 260616)
13   PAUL, HASTINGS, JANOFSKY & WALKER LLP
     55 Second Street, 24th Floor
14   San Francisco, California  94105-3441
     Telephone:  (415) 856-7000
15   Facsimile:  (415) 856-7100
     E-mail:  jeffwohl@paulhastings.com
16   E-mail:  jenniferroth@paulhastings.com

17   Attorneys for Defendants
     Sodexo, Inc., Sodexo Laundry Services, Inc.,
18   Sodexo America, LLC, and Sodexo Vending Services, LLC

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      The parties having so stipulated, and good cause appearing therefor,

3      IT IS ORDERED that the Case Management Conference currently scheduled for January 20,

4    2011, be and hereby is continued to March 3, 2011, at 10:00 a.m.

5

6      Dated:  January  14 , 2011.

7                                                                                                    
                                    Richard Seeborg
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC
U.S.D.C., N.D. Cal., No. 3:10-cv-03558-RS