*E-Filed 3/1/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ABRAM BADALYN

          Plaintiffs,

 v.

SODEXO, INC.,

          Defendants.

                                             /

No. C 10-03558 RS

**STANDBY ORDER TO SHOW CAUSE**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 1, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 7, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

        IT IS SO ORDERED.

Dated: 3/1/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE