*E-Filed 3/22/11*

1  (Counsel for the parties listed on next page)

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  ABRAM BADALYAN, as an individual        No. 3:10-cv-03558-RS
    and on behalf of all others similarly
12  situated,                               **STIPULATION TO DISMISSAL OF ACTION
                                            AND [PROPOSED] ORDER**
13                    Plaintiff,

14       vs.

15  SODEXO, INC., a corporation; SODEXO
    LAUNDRY SERVICES, INC., a
16  corporation; SODEXO AMERICA, LLC, a
    limited liability company; SODEXO
17  VENDING SERVICES, LLC, a limited
    liability company, and DOES 1 through 50,
18  inclusive,

19                    Defendants.

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 67328067.2

1   LARRY W. LEE (Cal. State Bar No. 228175)
    DANIEL H. CHANG (Cal. State Bar No. 183803)
2   DIVERSITY LAW GROUP, A Professional Corporation
    444 S. Flower Street
3   Citigroup Center, Suite 1370
    Los Angeles, California  90071
4   Telephone:  (213) 488-6555
    Facsimile:  (213) 488-6554
5   E-mail:  lwlee@diversitylaw.com
    E-mail:  dchang@diversitylaw.com
6
    SHERRY JUNG (Cal. State Bar No. 234406)
7   LAW OFFICES OF SHERRY JUNG
    444 S. Flower Street
8   Citigroup Center, Suite 1370
    Los Angeles, California  90071
9   Telephone:  (213) 488-6555
    Facsimile:  (213) 488-6554
10  E-mail:  sherryj23@hotmail.com

11  Attorneys for Plaintiff Abram Badalyan

12  JEFFREY D. WOHL (Cal. State Bar No. 096838)
    JENNIFER L. ROTH (Cal. State Bar No. 260616)
13  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
14  San Francisco, California  94105-3441
    Telephone:  (415) 856-7000
15  Facsimile:  (415) 856-7100
    E-mail:  jeffwohl@paulhastings.com
16  E-mail:  jenniferroth@paulhastings.com

17  Attorneys for Defendants
    Sodexo, Inc., Sodexo Laundry Services, Inc.,
18  Sodexo America, LLC, and Sodexo Vending Services, LLC

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 67328067.2

1      Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiff Abram Badalyan and

2   defendants Sodexo, Inc., Sodexo Laundry Services, Inc., Sodexo America, LLC, and Sodexo Vending

3   Services, LLC, acting by and through their attorneys of record, hereby stipulate as follows:

4        1.     Plaintiff commenced this putative wage-and-hour class action in the Superior Court of

5   California in and for the County of Alameda on July 13, 2010.  It was removed to this Court on

6   August 12, 2010, on two independent grounds: diversity-of-citizenship jurisdiction under the Class

7   Action Fairness Act of 2005; and federal subject-matter jurisdiction based on complete preemption of

8   plaintiff's state law claims under the Employee Retirement Income Security Act of 1974.  However, no

9   class has been certified in the action, and no notice of the action has been sent to putative class

10  members.

11       2.     The parties have reached a resolution of plaintiff's individual claims.

12       3.     Based on that resolution, the parties stipulate that the claims asserted by plaintiff on

13  behalf of himself individually be dismissed with prejudice; that the claims asserted by plaintiff on behalf

14  of the class he proposed be dismissed without prejudice; and that each side bears its own costs and

15  attorneys' fees.

16        Dated: March 14, 2011.          LARRY W. LEE
                                          DANIEL H. CHANG
17                                        DIVERSITY LAW GROUP, P.C.

18                                        SHERRY JUNG
                                          LAW OFFICES OF SHERRY JUNG
19

20                                        By: _____
                                                       Larry W. Lee
21                                             Attorneys for Plaintiff Abram Badalyan

22
          Dated: March 5, 2011.          JEFFREY D. WOHL
23                                        JENNIFER L. ROTH
                                          PAUL, HASTINGS, JANOFSKY & WALKER LLP
24

25                                        By: _____
                                                       Jeffrey D. Wohl
26                                             Attorneys for Defendants
                                          Sodexo, Inc., Sodexo Laundry Services, Inc., Sodexo
27                                          America, LLC, and Sodexo Vending Services, LLC

28

### ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED:

1.      Plaintiff's claims on behalf of himself individually be and hereby are DISMISSED WITH PREJUDICE.

2.      Plaintiff's claims on behalf of the class proposed by plaintiff be and hereby are DISMISSED WITHOUT PREJUDICE.

3.      In connection with the foregoing dismissals, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

Dated: March 21, 2011.

_____
Richard G. Seeborg
United States District Judge